IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MCI WORLDCOM NETWORK
SERVICES, INC., et al.,
      Plaintiff

v.                      CIVIL NO. AMD 00-1518

BELL ATLANTIC-MARYLAND,
INC., et al.,
      Defendants

...oOo...

## ORDER

The joint motion of the parties for a stay of proceedings has been read and considered. It is this 11th day of October, 2000, by the United States District Court for the District of Maryland,

ORDERED that this matter be STAYED and ADMINISTRATIVELY CLOSED without prejudice to the right of any party to seek to reopen this action for good cause shown.

The Clerk shall TRANSMIT a copy of this order to all counsel.

_____
ANDRE M. DAVIS
United States District Judge

