UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

April 17, 2001

_____FILED _____ENTERED
_____LODGED _____RECEIVED

APR 17 2001

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

MEMORANDUM TO COUNSEL RE:   MCI Worldcom Network Services, Inc., et al. v.
Bell Atlantic-Maryland, Inc., et al.
Case No.   AMD 00-1518

    This is to inform you that the Court has scheduled a motion hearing in the above-titled case for Friday, May 25, 2001, at 2:00 p.m.  The hearing will be held in courtroom 5B of the Courthouse.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file