IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| MCI WORLDCOM NETWORK SERVICES, INC., et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. ) AMD-00-1518 |
| BELL ATLANTIC-MARYLAND, INC., et al., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Upon consideration of Plaintiffs' Motion to Lift Stay and Reopen Proceedings, the memorandum of law in support thereof, and all responses filed thereto, it is on this ___4th___ day of ___June___, 2001,

ORDERED that the stay entered by this Court on October 11, 2000 be lifted and the case be reopened; and it is further

ORDERED that the parties adhere to the following briefing schedule:

Motion(s) to Dismiss

- Opening brief(s) due 30 days after entry of this order;

- Opposition briefs due 30 days after opening briefs are filed;

- Reply brief(s) to 15 days after opposition briefs are filed.

ANDRE M. DAVIS
U.S. DISTRICT JUDGE