IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| MCI WORLDCOM NETWORK SERVICES INC., ET. AL. | |
| PLAINTIFFS | CIVIL ACTION NO. |
| v. | AMD-00-1518 |
| BELL ATLANTIC-MARYLAND, INC. ET. AL., | |
| DEFENDANTS | |

### ORDER ON CLARIFICATION

Upon consideration of Defendant's request for clarification, it is on this 12th day of June, 2001,

**ORDERED** that any Motion(s) to Dismiss and Memoranda in Support thereof shall be filed by July 5, 2001; Opposition briefs shall be filed 30 days after the motion(s) and memoranda are filed; reply briefs shall be filed 15 days after the opposition briefs are filed, and it is further

**ORDERED** that Defendants answer to the complaint shall be filed within 20 days after the motion(s) are ruled upon, if necessary.

_____
Andre M. Davis
U.S. District Judge