IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MCI WORLDCOM NETWORK
SERVICES, et al.,
    Plaintiff

v.                           Civil No. AMD 00-1518

VERIZON MARYLAND, INC.,
THE MARYLAND PUBLIC SERVICE
COMMISSION, GLENN F. IVEY,
CLAUDE M. LIGON, SUSANNE
BROGAN, CATHERINE I. RILEY
and J. JOSEPH CURRAN, III,
    Defendants

...oOo...

ORDER

At plaintiff's insistence, I ordered that preliminary motions be filed in this case instituted under the 1996 Communications Act, notwithstanding the arguments of the defendants that material issues presented here are identical to (or virtually identical to) the issues presented in several cases now pending before the United States Supreme Court. Upon a careful review of the Defendants' Motion to Dismiss, the memorandum of law in support thereof, and all responses filed thereto, I am now persuaded that the defendants' contentions have merit.

Accordingly, it is this 26th day of September, 2001, by the United States District Court for the District of Maryland,

ORDERED that this matter is STAYED and ADMINISTRATIVELY CLOSED without prejudice to the right of any party to seek to reopen this action for good cause

shown upon the Supreme Court's disposition of the following cases now pending on its docket: *United States v. Public Service Commission of Maryland*, No. 00-1711; *Verizon Md., Inc. v. Public Service Commission of Maryland*, No. 00-1531; and, *Mathias v. WorldCom Techs., Inc.*, No. 00-878.

      The Clerk shall TRANSMIT a copy of this order to all counsel.

_____
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE