UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

July 1, 2002

MEMORANDUM TO COUNSEL

RE: MCI Worldcom Network Services, Inc. v. MCI Metro Access Transmissions Services, LLC
Case No. AMD 00-1518

   The Court has scheduled a hearing for Monday, July 22, 2002, at 2:30 p.m. in this case. The hearing will be held in courtroom 5B of the Courthouse.

   Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:sv
cc: court file