
$50 FEE PAID
# 186887
FEE NOT PAID
(SEND LETTER)

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MCI WORLDCOM NETWORK SERVICES, INC., et al. | * | |
| Plaintiff(s) | * | Case No.: AMD-00-1518 |
| vs. | * | BY |
| VERIZON MARYLAND INC., et al. | * | |
| Defendant(s) | | |

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __James P. Garland__, am a member in good standing of the bar of this Court. My bar number is __00182__. I am moving the admission of

__Sean A. Lev__ to appear *pro hac vice* in this case as counsel for __Verizon Maryland Inc.__

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| District Court for the District of Columbia | 06/01/98 |
| US Court of Appeals 1st Circuit | 10/16/01 |
| 4th Circuit | 02/03/94 |
| 5th Circuit | 02/14/94 |
| 9th Circuit | 07/29/94 |
| 10th Circuit | 02/04/94 |
| D.C. Circuit | 08/31/96 |
| The United States Supreme Court | 11/03/97 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                                   Page 1 of 2

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or ___XXXX_____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| James P. Garland | Sean A. Lev |
| Printed Name | Printed Name |
| Miles & Stockbridge P.C. | Kellogg, Huber, Hansen, Todd & Evans |
| Firm | Firm |
| 10 Light Street  Baltimore, Maryland 21202 | 1615 M Street, NW Suite 400 |
| Address | Address Washington, DC 20036 |
| 410-385-3755 | 202-326-7975 |
| Telephone Number | Telephone Number |
| 410-385-3700 | 202-326-7999 |
| Fax Number | Fax Number |

*****************************************************************

## ORDER

☑ GRANTED          ☐ DENIED

7-19-02                    by *[signature]* Lisa Stancow

Date                       **Clerk, United States District Court**

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2002, a copy of the foregoing Motion for Admission *Pro Hac Vice* was served by First Class Mail, postage prepaid, on the following parties:

Michael B. DeSanctis, Esq.
Jenner & Block, LLC
601 13th Street, N.W.
Washington, D.C. 20005

Attorneys for Plaintiffs
MCI WORLDCOM Network Services, Inc.
and MCImetro Access Transmission Services LLC

Susan Stevens Miller, Esq.
General Counsel
Public Service Commission of Maryland
William Donald Schaefer Tower
6 St. Paul Street
Baltimore, Maryland 21202-6806

Jeffrey A. Rackow, Esq.
WorldCom, Inc.
1133 19th Street, N.W.
Washington, D.C. 20036

Co-counsel for Plaintiffs
MCI WORLDCOM Network Services, Inc.
and MCImetro Access Transmission Services LLC

_/s/ James P. Garland_
James P. Garland