IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MCI WORLDCOM NETWORK　　　　:
SERVICES, INC., *et al.*,　　　　　　　:
　　　Plaintiff　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　　　: Civil No. AMD 00-1518
　　　　　　　　　　　　　　　　　　:
VERIZON MARYLAND, INC.,　　　:
*et al.*,　　　　　　　　　　　　　　　:
　　　Defendants　　　　　　　　　　:

...oOo...

ORDER

This case came before the Court for a status conference. Counsel having provided their respective views as to how best to proceed, and the Court having considered the views of counsel, it is this 25th day of July, 2002, ORDERED

(1)　THE STAY ENTERED ON SEPTEMBER 26, 2001, IS LIFTED AND THE CLERK IS DIRECTED TO REOPEN THIS CASE AND RESTORE IT TO THE DOCKET;

(2)　Additional briefing on the ripeness issue is hereby permitted and the parties shall adhere to the following schedule:

　　• Opening brief(s) by defendant(s) due 30 days from the date of this order;

　　• Opposition brief(s) due 30 days after opening briefs are filed and served;

　　• Reply brief(s) due 15 days after opposition briefs are filed and served;

(3)　The Clerk shall TRANSMIT a copy of this Order to all counsel.

　　　　　　　　　　　　　　　　　　／s／ Andre M. Davis
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANDRE M. DAVIS
　　　　　　　　　　　　　　　　　　United States District Judge