**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

December 6, 2002

MEMORANDUM TO COUNSEL RE:   MCI Worldcom Network Service, Inc. et al. v.
Verizon Maryland, Inc., et al.
Case No. AMD 00-1518

This is to inform you that a motions hearing has been scheduled in this case for Friday, January 24, 2003, at 11:00 a.m. The hearing will be held in courtroom 5B of the Courthouse.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file