IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **MCI WORLDCOM NETWORK SERVICES, INC.**, *et al.*, | * |
| | * |
| Plaintiffs, | |
| | * |
| v. | Civil Action No. AMD-00-1518 |
| | * |
| **VERIZON MARYLAND INC.**, *et al.*, | |
| | * |
| Defendants. | |
| | * |

## UNOPPOSED MOTION

Verizon Maryland Inc., by its undersigned counsel, respectfully submits this Unopposed Motion to reschedule the hearing currently scheduled for Friday, January 24, 2003, due to the sudden unavailability of Verizon Maryland's counsel. Verizon requests that the hearing be rescheduled for February 10, 2003 or as soon thereafter as the parties may be heard by the Court. This Motion is unopposed.

Respectfully submitted,

James P. Garland (Bar No. 00182)
Scott R. Haiber (Bar No. 25947)
Kirsten M. Eriksson (Bar No. 26884)
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, MD 21202
(410) 727-6464

*Counsel for Verizon Maryland Inc.*

**SO ORDERED:** _____  _1/22/03_
 Andre M. Davis Date
 United States District Judge

Hearing is rescheduled to Monday February 10, 2003 at 3:30 p.m.

 /s/ A.M. Davis

BALT01:571611v1|C941-000039

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January, 2003, a copy of the foregoing **Unopposed Motion** was served by facsimile and by United States First Class Mail, postage prepaid, on the following parties:

Jodie L. Kelley, Esq.
Michael B. DeSanctis, Esq.
Jenner & Block, LLC
601 13th Street, N.W.
Washington, D.C. 20005
*jkelley@jenner.com*
*mdesanctis@jenner.com*

*Attorneys for Plaintiffs*
*MCI WORLDCOM Network Services, Inc.*
*and MCImetro Access Transmission Services*
*LLC*

Susan Stevens Miller, Esq.
General Counsel
Public Service Commission of Maryland
William Donald Schaefer Tower
6 St. Paul Street
Baltimore, Maryland 21202-6806
*Smiller@psc.state.md.us*

*Attorney for Public Service Commission*
*of Maryland*

Jeffrey A. Rackow, Esq.
WorldCom, Inc.
1133 19th Street, N.W.
Washington, D.C. 20036
*jeffrey.rackow@wcom.com*

*Co-counsel for Plaintiffs*
*MCI WORLDCOM Network Services, Inc.*
*and MCImetro Access Transmission Services*
*LLC*

_____
Scott R. Haiber