IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MCI WORLDCOM NETWORK         :
SERVICES, INC., *et al.*,    :
    Plaintiffs  :
                             :
v.                           :   Civil No. AMD 00-1518
                             :
VERIZON MARYLAND INC.,       :
*et al.*,                    :
    Defendants  :

...o0o...

O R D E R

In accordance with the foregoing Memorandum, it is this 31st day of March, 2003,

ORDERED

(1) The motions to dismiss (Paper Nos. 22, 36, and 43) are DENIED;

(2) The parties shall submit a joint status report in respect to the on-going administrative proceedings before the Maryland Public Service Commission;

(3) The Court expects to set a schedule in this matter for resolution of all issues on the merits no later than July 1, 2003.

                                                /s/
                                     ANDRE M. DAVIS
                                     United States District Judge