IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **MCI WORLDCOM NETWORK SERVICES, INC.,** *et al.*, | * | |
| | * | |
| Plaintiffs, | | |
| | * | |
| v. | | Civil Action No. AMD-00-1518 |
| | * | |
| **VERIZON MARYLAND INC.,** *et al.*, | | |
| | * | |
| Defendants | | |
| | * | |

_____

**JOINT STATUS REPORT**

In accordance with this Court's Order dated March 31, 2003, the parties respectfully submit this Joint Status Report, describing the status of the ongoing administrative proceedings before the Maryland Public Service Commission ("PSC") in Case No. 8879, *In the Matter of the Investigation into Recurring Rates for Unbundled Network Elements Pursuant to the Telecommunications Act of 1996* ("Case 8879").

In compiling this report, counsel for Defendant Verizon Maryland Inc. (formerly known as Bell Atlantic – Maryland, Inc.) ("Verizon") requested all parties to provide their positions. Responses were received from counsel for Plaintiffs MCI WORLDCOM Network Services, Inc. and MCImetro Access Transmission Services LLC ("MCI") and the PSC. The substance of those responses is incorporated herein.

Case 8879 was opened on January 19, 2001 as a result of the PSC's Order No. 76694 in Case No. 8731, *In the Matter of the Petition for Approval of Agreements and Arbitration of*

*Unresolved Issues Arising Under 252 of the Telecommunications Act of 1996*, resolving several motions for reconsideration filed by MCI and others on UNE pricing issues, and establishing a proceeding to reexamine the proper rates for UNEs.  Shortly after Case 8879 was opened, Sprint, AT&T, the United States Department of Defense, Advanced Telecom Group, MCI and others petitioned to intervene.

The various parties submitted testimony and briefs to the PSC in support of their positions.  In October 2002, the PSC notified the parties that it had preliminarily decided that the rates for UNEs should be based upon the cost model submitted by Verizon, and directed Verizon to run a cost model using cost inputs specified by the PSC to further the PSC's deliberations.  The PSC subsequently developed additional scenarios containing different model inputs, and directed the parties to re-run the cost models using these further-refined inputs and submit their results.  The most recent request was issued on April 1, 2003.  Those results were submitted by AT&T on April 11, 2003 and by Verizon on April 25, 2003.  In addition, the PSC noted that the results of the model runs provided by the various parties had numerous differences, and directed the parties to provide a joint filing explaining the differences, and providing the PSC with an agreed-upon result for each element of each scenario.  A joint submission was provided by AT&T and Verizon on May 19, 2003.

The PSC has not indicated when it may issue a final decision.  The record in Case No. 8879 is closed, however, and the PSC has declined to accept further evidence or arguments other than the requested cost runs.  It remains Plaintiff MCI's position that the Court should set a briefing schedule in this matter for the resolution of all issues on the merits, which MCI contends is consistent with this Court's Order of March 31, 2003, which stated that "[t]he Court expects to set a schedule in this matter for resolution of all issues on the merits no later than July 1, 2003."

Verizon and the PSC maintain their position that a stay of this action pending resolution of Case No. 8879 by the PSC is necessary and appropriate.

                                Respectfully submitted,

                                __/s/ James P. Garland_____
                                James P. Garland (Bar No. 00182)
                                Kirsten M. Eriksson (Bar No. 26884)
                                Miles & Stockbridge P.C.
                                10 Light Street
                                Baltimore, MD  21202
                                (410) 727-6464

| Michael D. Lowe | David A. Hill (Bar No. 11612) |
|---|---|
| 1515 N. Court House Road | 1 East Pratt Street |
| Arlington, VA  22201 | Baltimore, MD  21202 |
| | |
| Of Counsel | Attorneys for Defendant |
| | Verizon Maryland Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2003, a copy of the foregoing Joint Status Report was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____/s/ James P. Garland_____
James P. Garland