**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820
MDDAMDChambers@mdd.uscourts.gov

July 5, 2003

MEMORANDUM TO COUNSEL RE:

MCI Worldcom Network Services, Inc. v.
Verizon Maryland, Inc.
Case No. AMD 00-1518

    Now that the Public Service Commission has filed its order in case no. 8879, I think it would be helpful to me to have your views abut the effect of that order on this case before I issue a scheduling order. Accordingly, please file supplemental status reports on or before July 28, 2003.

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt