IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| MCI WORLDCOM NETWORK SERVICES, INC., *et al.*,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>VERIZON MARYLAND INC., *et al.*  )<br>)<br>Defendants.  )<br>) | CIVIL ACTION NO.<br>AMD 00-1518 |

**PLAINTIFFS' FIRST REPORT PURSUANT TO
THE COURT'S SCHEDULING ORDER DATED SEPTEMBER 4, 2003**

Plaintiffs MCI WORLDCOM Network Services, Inc. and MCImetro Access Transmission Services LLC (together "MCI"), by and through undersigned counsel, and with the consent of Defendant Verizon Maryland Inc. ("Verizon"), respectfully submit this First Report Pursuant to the Court's Scheduling Order Dated September 4, 2003.

1. In light of the history of this litigation before both this Court and the Maryland Public Service Commission ("MPSC"), MCI and Verizon (together "the parties") do not request an early settlement/ADR conference.

2. Similarly, the parties do not consent to proceed before a United States Magistrate Judge.

3. Finally, because this case is in the nature of an administrative appeal, it will be limited to the closed evidentiary record developed before the MPSC. Accordingly, the parties agree that discovery is neither necessary nor warranted.

4. Undersigned counsel has conferred with counsel for Verizon and is authorized to represent that this report reflects the joint position of Verizon and MCI, and is being submitted with their consent.[1]

Dated: September 16, 2003

Respectfully submitted,

MCI WORLDCOM NETWORK SERVICES, INC. and MCIMETRO ACCESS TRANSMISSION SERVICES LLC

Jeffrey A. Rackow
MCI
1133 19th Street, N.W.
Washington, D.C. 20036
Telephone: (202) 736-6933
Facsimile: (202) 736-6072

　/s/ Michael B. DeSanctis　
Michael B. DeSanctis (No. 15043)
Robin M. Meriweather
JENNER & BLOCK, LLC
601 13th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 637-6323
Facsimile: (202) 639-6066

*Counsel for Plaintiffs MCI WORLDCOM Network Services, Inc., and MCImetro Access Transmission Services LLC*

---

[1] MCI contacted counsel for Defendant the MPSC to seek that party's consent to this Report. Counsel for the MPSC did not respond, however, and MCI lacks sufficient knowledge to state whether the MPSC consents or objects to the statements set forth in this Report.

**CERTIFICATE OF SERVICE**

I, Michael B. DeSanctis, hereby certify that on this day, September 16, 2003, I served copies of the foregoing "Plaintiffs' First Report Pursuant to the Court's Scheduling Order Dated September 4, 2003" by first class United States mail, postage prepaid, on the individual listed below. Such service satisfies the requirements of Fed. R. Civ. P. 5(a).

Susan Stevens Miller
General Counsel
MARYLAND PUBLIC SERVICE COMMISSION
6 Saint Paul Street
Baltimore, MD 21202
tel. (410) 767-8039
fax (410) 333-6495

James P. Garland, Esq.
MILES & STOCKBRIDGE
10 Light Street
Baltimore, MD 21202
tel. (410) 727-6464
fax (410) 385-3700

_____
Michael B. DeSanctis (No. 15043)
JENNER & BLOCK, LLC
601 13th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 637-6323
Facsimile: (202) 639-6066