**JENNER & BLOCK**

October 17, 2003

Jenner & Block, LLC  Chicago
601 Thirteenth Street, NW  Dallas
Suite 1200 South  Washington, DC
Washington, DC 20005-3823
Tel 202 639-6000
www.jenner.com

**VIA ELECTRONIC CASE FILING SYSTEM**

Michael B. DeSanctis
Tel 202 637-6323
Fax 202 661-4828
mdesanctis@jenner.com

Felicia Cannon
Clerk of the Court
United States District Court for the
 District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

Re: MCI WORLDCOM Network Services, Inc. et al. v. Verizon Maryland Inc., et al., No. 00-1518

Dear Ms. Cannon:

Pursuant to the Scheduling Order issued on September 4, 2003 in the above-captioned action, Plaintiffs MCI WORLDCOM Network Services, Inc., et al. ("MCI") hereby file via the Electronic Case Filing System their Second Amended Complaint. Pursuant to Federal Rule of Civil Procedure 15(a), MCI files the Second Amended Complaint with the written consent of counsel for all Defendants. Counsel for all Defendants have authorized MCI to represent to this Court that they consent to the filing of the Second Amended Complaint (without prejudice to Defendants' right to oppose the merits of the amended pleading).

Thank you very much for your help with this matter. If you have any questions, please do not hesitate to contact me.

Sincerely,

/s/

Michael B. DeSanctis

MBD:psj