IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **MCI WORLDCOM NETWORK SERVICES, INC.,** *et al.,* | * | |
| | * | |
| Plaintiffs, | | |
| | * | |
| v. | | Civil Action No. AMD-00-1518 |
| | * | |
| **VERIZON MARYLAND INC.,** *et al.,* | | |
| | * | |
| Defendants | | |
| | * | |

___

### VERIZON MARYLAND INC.'S MOTION TO DISMISS SECOND AMENDED COMPLAINT FOR DECLARATORY AND EQUITABLE RELIEF

Defendant Verizon Maryland Inc. (hereafter "Verizon"), pursuant to Rule 12(b)(1) and (6), moves that the Second Amended Complaint for Declaratory and Equitable Relief filed herein by Plaintiffs MCI WORLDCOM Network Services, Inc. and MCImetro Access Transmission Services LLC (hereafter jointly referred to as "MCI") be dismissed because:

1. The claims set forth in Counts 1 and 2 are moot as a result of the Order of the Maryland Public Service Commission dated June 30, 2003.

2. Jurisdiction is lacking as to Counts 3, 4 and 5 of the Second Amended Complaint because they seek review of an administrative determination which is the subject of Petitions for Rehearing filed by MCI and Verizon which have not been disposed of by the administrative agency. Those Counts of the Second Amended Complaint, therefore, fail to present a case or controversy subject to judicial review.

3.      Jurisdiction is lacking as to Counts 3, 4 and 5 of the Second Amended Complaint because MCI has failed to exhaust its administrative remedies so that the matter complained of in those Counts is not ripe for judicial review.

4.      This Court should dismiss all Counts of the Second Amended Complaint because the claims made therein are moot or are not ripe for judicial determination and, therefore, fail to state any claim upon which relief can be granted.

All as more fully set forth in Verizon's Memorandum in Support of Motion to Dismiss Second Amended Complaint, filed herewith.

Respectfully submitted,

_____

| Catherine Kane Ronis | David A. Hill (Bar No. 11612) |
| Samir Jain | Vice President & General Counsel |
| Wilmer, Cutler & Pickering | Verizon Maryland Inc. |
| 2445 M Street, NW | 1 East Pratt Street |
| Washington, DC 20037 | Baltimore, Maryland 21202 |
| (202) 663-6000 | (410) 393-7725 |
| *Of Counsel* | |

James P. Garland (Bar No. 00182)
Scott Haiber (Bar No. 25947)
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

Dated:  October 31, 2003              *Attorneys for Verizon Maryland Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 31st day of October, 2003, a copy of the foregoing Motion to Dismiss Second Amended Complaint for Declaratory and Equitable Relief, Memorandum in Support of Motion to Dismiss, proposed Order and Exhibits were filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                /s/ Scott Haiber
                                                Scott Haiber