IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **MCI WORLDCOM NETWORK SERVICES, INC.,** *et al.,* * * * Plaintiffs, * * v. * * **VERIZON MARYLAND INC.,** *et al.,* * * Defendants * | Civil Action No. AMD-00-1518 |

_____

## ORDER

The Court having considered Verizon Maryland Inc.'s Motion to Dismiss Second Amended Complaint for Declaratory and Equitable Relief, and finding good cause for the granting of same, it is now hereby ordered this ____ day of _____, 2003, that Verizon's Motion is granted in its entirety.

_____
United States District Judge