Comparison of VZ MD Interim UNE Rates with VZ NY Rates

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | MD 271 RATE | MD 271 Rate Source | New York Rates | NY Rate Adjusted to MD Fixed Rate Structure (Note 3 ) | NY Rate Adjusted to MD Cost Structure (Note 2) | Existing MD Rates (Note 8 ) | Notes |
| 2 | Column No. | 1 | 2 | 3 | 4 | 5 | 6 | 8 |
| 3 | | | | | | | | |
| 4 | **Local Switching Usage** | | | | | | | |
| 5 | POTS Originting w/Vertical Features | 0.001676 | PSC12/16/02 letter | | | | | |
| 6 | POTS Terminating w/Vertical Features | 0.001676 | PSC12/16/02 letter | | | | | |
| 7 | **2W Analog Loop** | | | | | | | |
| 8 | Statewide average | 12.00 | PSC12/16/02 letter | | | | | Note 1A |
| 9 | Rate Group A1 | 11.11 | PSC12/16/02 letter | | | | | Note 1A |
| 10 | Rate Group A2 | 11.85 | PSC12/16/02 letter | | | | | Note 1A |
| 11 | Rate Group B1 | 14.74 | PSC12/16/02 letter | | | | | Note 1A |
| 12 | Rate Group B2 | 13.40 | PSC12/16/02 letter | | | | | Note 1A |
| 13 | Service Order | 6.70 | MD Existing | 9.01 | | | 6.70 | |
| 14 | Installation no Visit- Initial | 9.52 | MD Existing | 39.72 | | | 9.52 | |
| 15 | Installation no Visit - Addl | 9.52 | MD Existing | 19.75 | | | 9.52 | |
| 16 | Installation w/Visit- Initial | 67.72 | MD Existing | 153.78 | | | 67.72 | |
| 17 | Installation w/Visit- addl | 29.96 | MD Existing | 58.50 | | | 29.96 | |
| 18 | **4W Analog Loop** | | | | | | | |
| 19 | Service Order | 6.70 | MD Existing | 9.01 | | | 6.70 | Note 10 |
| 20 | Installation no Visit- Initial | 40.27 | NY Rate | 40.27 | | | 48.41 | Note 10 |
| 21 | Installation no Visit - Addl | 23.53 | NY Rate | 23.53 | | | 48.41 | Note 10 |
| 22 | Installation w/Visit- Initial | 117.21 | MD Existing | 154.33 | | | 117.21 | Note 10 |
| 23 | Installation w/Visit- addl | 62.28 | NY Rate | 62.28 | | | 79.45 | Note 10 |
| 24 | **ISDN - BRI Loop** | | | | | | | |
| 25 | Service Order | 9.01 | NY Rate | 9.01 | | | 9.52 | |
| 26 | Installation no Visit- Initial | 17.73 | MD Existing | 39.72 | | | 17.73 | |
| 27 | Installation no Visit - Addl | 17.73 | MD Existing | 19.75 | | | 17.73 | |

**Comparison of VZ MD Interim UNE Rates with VZ NY Rates**

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | MD 271 RATE | MD 271 Rate Source | New York Rates | NY Rate Adjusted to MD Fixed Rate Structure (Note 3 ) | NY Rate Adjusted to MD Cost Structure (Note 2) | Existing MD Rates (Note 8 ) | Notes |
| 2 | Column No. | 1 | 2 | 3 | 4 | 5 | 6 | 8 |
| 28 | Installation w/Visit- Initial | 75.92 | MD Existing | 153.78 | | | 75.92 | |
| 29 | Installation w/Visit- addl | 38.16 | MD Existing | 58.50 | | | 38.16 | |
| 30 | **2W Customer Specified Signaling Loop** | | | | | | | |
| 31 | Service Order | 6.70 | MD Existing | 9.01 | | | 6.70 | |
| 32 | Installation no Visit- Initial | 41.23 | NY Rate | 41.23 | | | 48.41 | |
| 33 | Installation no Visit - Addl | 22.73 | NY Rate | 22.73 | | | 48.41 | |
| 34 | Installation w/Visit- Initial | 117.21 | MD Existing | 192.61 | | | 117.21 | |
| 35 | Installation w/Visit- addl | 79.45 | MD Existing | 106.00 | | | 79.45 | |
| 36 | **4W - Customer Specified Signaling Loop** | | | | | | | |
| 37 | Service Order | 6.70 | MD Existing | 9.01 | | | 6.70 | |
| 38 | Installation no Visit- Initial | 46.68 | NY Rate | 46.68 | | | 48.41 | |
| 39 | Installation no Visit - Addl | 32.06 | NY Rate | 32.06 | | | 48.41 | |
| 40 | Installation w/Visit- Initial | 117.21 | MD Existing | 220.94 | | | 117.21 | |
| 41 | Installation w/Visit- addl | 79.45 | MD Existing | 131.97 | | | 79.45 | |
| 42 | **DS-1 Loop** | | | | | | | |
| 43 | Service Order | 6.70 | MD Existing | 9.01 | | | 6.70 | |
| 44 | Installation no Visit- Initial | 40.27 | NY Rate | 40.27 | | | 48.41 | |
| 45 | Installation no Visit - Addl | 23.53 | NY Rate | 23.53 | | | 48.41 | |
| 46 | Installation w/Visit- Initial | 117.21 | MD Existing | 188.26 | | | 117.21 | |
| 47 | Installation w/Visit- addl | 79.45 | MD Existing | 101.72 | | | 79.45 | |
| 48 | *DS3 Loop* | | | | | | | |
| 49 | Rate Group A1 (NY DZ 1b) | 961.37 | MD Existing | 801.75 | 866.51 | 1091.80 | 961.37 | Note 1 |
| 50 | Rate Group A2 (NY DZ 1b) | 961.37 | MD Existing | 801.75 | 866.51 | 1091.80 | 961.37 | Note 1 |
| 51 | Rate Group B1 (NY DZ 2) | 961.37 | MD Existing | 801.75 | 866.51 | 1091.80 | 961.37 | Note 1 |
| 52 | Rate Group B2 (NY DZ 2) | 961.37 | MD Existing | 801.75 | 866.51 | 1091.80 | 961.37 | Note 1 |
| 53 | - Per 1/4 Mile Charge | | | 6.38 | | | | |
| 54 | Service Order | 52.62 | MD Existing | 61.63 | | | 52.62 | |
| 55 | Installation - Prem Visit No - Initial & addl | 175.69 | MD Existing | 204.56 | | | 175.69 | |
| 56 | Installation - Prem Visit Yes - Initial & addl | 318.76 Initial 282.75 Addl | MD Existing NY Rate | 352.55 initial 282.75addl | | | 318.76 | |

Comparison of VZ MD Interim UNE Rates with VZ NY Rates

|  | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 |  | **MD 271 RATE** | **MD 271 Rate Source** | **New York Rates** | **NY Rate Adjusted to MD Fixed Rate Structure (Note 3 )** | **NY Rate Adjusted to MD Cost Structure (Note 2)** | **Existing MD Rates   (Note 8 )** | **Notes** |
| 2 | **Column No.** | **1** | **2** | **3** | **4** | **5** | **6** | **8** |
| 57 | EXPEDITE: |  |  |  |  |  |  |  |
| 58 | Service Order | 78.45 | MD Existing | 95.67 |  |  | 78.45 |  |
| 59 | Installation - Prem Visit No - Initial & addl | 252.07 | MD Existing | 280.07 |  |  | 252.07 |  |
| 60 | Installation - Prem Visit Yes - Initial & addl | 192.93 INITIAL/110.13 ADDL | MD Existing/NY Rate | 208.44 initial/110.13 addl |  |  | 192.93 |  |
| 61 | **DDS/ 4W 56 KD Loop** |  |  |  |  |  |  |  |
| 62 | Rate Group A1 (NY DZ 1b) | 28.73 | MD Existing | 26.99 |  | 34.01 | 28.73 | Note 1 |
| 63 | Rate Group A2 (NY DZ 1b) | 30.44 | MD Existing | 26.99 |  | 34.01 | 30.44 | Note 1 |
| 64 | Rate Group B1 (NY DZ 2) | 43.65 | NY ADJUSTED | 34.64 |  | 43.65 | 56.49 | Note 1 |
| 65 | Rate Group B2 [NY DZ 2] | 41.39 | MD Existing | 34.64 |  | 43.65 | 41.39 | Note 1 |
| 66 | Service Order | 7.69 | MD Existing | 9.01 |  |  | 7.69 |  |
| 67 | Installation - Prem Visit -No - Initial | 28.60 | MD Existing | 40.27 |  |  | 28.60 |  |
| 68 | Installation - Prem Visit -No - Additional | 23.53 | NY Rate | 23.53 |  |  | 28.60 |  |
| 69 | Installation - Prem Visit -Yes - Initial | 154.33 | NY Rate | 154.33 |  |  | 171.68 |  |
| 70 | Installation- Prem Visit -Yes - Additional | 62.28 | NY Rate | 62.28 |  |  | 91.54 |  |
| 71 | Manual Surcharge | 14.98 | MD Existing | 26.56 |  |  | 14.98 |  |
| 72 | EXPEDITE: |  |  |  |  |  |  |  |
| 73 | Service Order | 11.47 | MD Existing | 13.99 |  |  | 11.47 |  |
| 74 | Installation - Prem Visit -No - Initial | 41.60 | MD Existing | 57.60 |  |  | 41.60 |  |
| 75 | Installation - Prem Visit -No - Additional | 33.67 | NY Rate | 33.67 |  |  | 41.60 |  |
| 76 | Installation - Prem Visit -Yes - Initial | 160.65 | NY Rate | 160.65 |  |  | 234.54 |  |
| 77 | Installation- Prem Visit -Yes - Additional | 54.57 | NY Rate | 54.57 |  |  | 125.13 |  |
| 78 | Manual Surcharge | 22.34 | MD Existing |  |  |  | 22.34 |  |
| 79 | **2W xDSL Loop** |  |  |  |  |  |  |  |
| 80 | Rate Group A1 (NY DZ 1b) | 12.11 | MD Existing | 11.31 |  | 14.25 | 12.11 | Note 1 |
| 81 | Rate Group A2 (NY DZ 1b) | 12.85 | MD Existing | 11.31 |  | 14.25 | 12.85 | Note 1 |

**Comparison of VZ MD Interim UNE Rates with VZ NY Rates**

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | MD 271 RATE | MD 271 Rate Source | New York Rates | NY Rate Adjusted to MD Fixed Rate Structure (Note 3 ) | NY Rate Adjusted to MD Cost Structure (Note 2) | Existing MD Rates   (Note 8 ) | Notes |
| 2 | Column No. | 1 | 2 | 3 | 4 | 5 | 6 | 8 |
| 82 | Rate Group B1 (NY DZ 2) | 19.54 | NY ADJUSTED | 15.51 | | 19.54 | 25.96 | Note 1 |
| 83 | Rate Group B2 [NY DZ 2] | 18.40 | MD Existing | 15.51 | | 19.54 | 18.40 | Note 1 |
| 84 | Service Order | 6.70 | MD Existing | 10.94 | | | 6.70 | |
| 85 | Installation - Prem Visit No - Initial | 9.52 | MD Existing | 39.73 | | | 9.52 | |
| 86 | Installation - Prem Visit No - Additional | 9.52 | MD Existing | 16.51 | | | 9.52 | |
| 87 | Installation - Prem Visit Yes - Initial | 67.72 | MD Existing | 153.79 | | | 67.72 | |
| 88 | Installation - Prem Visit Yes - Additional | 29.96 | MD Existing | 55.26 | | | 29.96 | |

Comparison of VZ MD Interim UNE Rates with VZ NY Rates

|  | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | MD 271 RATE | MD 271 Rate Source | New York Rates | NY Rate Adjusted to MD Fixed Rate Structure (Note 3 ) | NY Rate Adjusted to MD Cost Structure (Note 2) | Existing MD Rates  (Note 8 ) | Notes |
| 2 | Column No. | 1 | 2 | 3 | 4 | 5 | 6 | 8 |
| 89 | **4W xDSL Loop** | | | | | | | |
| 90 | Rate Group A1 (NY DZ 1b) | 24.74 | MD Existing | 26.99 | | 34.01 | 24.74 | Note 1 |
| 91 | Rate Group A2 (NY DZ 1b) | 26.45 | MD Existing | 26.99 | | 34.01 | 26.45 | Note 1 |
| 92 | Rate Group B1 (NY DZ 2) | 43.65 | NY ADJUSTED | 34.64 | | 43.65 | 52.45 | Note 1 |
| 93 | Rate Group B2 [NY DZ 2] | 37.38 | MD Existing | 34.64 | | 43.65 | 37.38 | Note 1 |
| 94 | Service Order | 6.70 | MD Existing | 10.94 | | | 6.70 | |
| 95 | Installation - Prem Visit No - Initial | 39.73 | NY Rate | 39.73 | | | 48.41 | |
| 96 | Installation - Prem Visit No - Additional | 16.51 | NY Rate | 16.51 | | | 48.41 | |
| 97 | Installation - Prem Visit Yes - Initial | 117.21 | MD Existing | 153.79 | | | 117.21 | |
| 98 | Installation - Prem Visit Yes - Additional | 55.26 | NY Rate | 55.26 | | | 79.45 | |
| 99 | **Hot Cuts** | | | | | | | |
| 100 | **Coordinated Port Cutover** | | | | | | | |
| 101 | Per Port | 7.81 | MD Existing | | | | 7.81 | This rate additive to Service Order and Installation Charge without visit |
| 102 | Per Loop | 7.80 | MD Existing | | | | 7.80 | This rate additive to Service Order and Installation Charge without visit |
| 103 | | | | | | | | |
| 104 | **Distribution 2 Wire Subloop** | | | | | | | |
| 105 | Rate Group A1 (NY DZ 1b) | 6.59 | NY ADJUSTED | 5.23 | | 6.59 | 7.09 | Note 1 |
| 106 | Rate Group A2 (NY DZ 1b) | 6.59 | NY ADJUSTED | 5.23 | | 6.59 | 7.63 | Note 1 |
| 107 | Rate Group B1 (NY DZ 2) | 10.29 | NY ADJUSTED | 8.17 | | 10.29 | 21.61 | Note 1 |
| 108 | Rate Group B2 [NY DZ 2] | 10.29 | NY ADJUSTED | 8.17 | | 10.29 | 13.46 | Note 1 |
| 109 | Service Order | 7.69 | MD Existing | 8.98 | | | 7.69 | |
| 110 | Installation - Initial | 88.36 | NY Rate | 88.36 | | | 119.98 | |
| 111 | Installation - Addl | 32.01 | NY Rate | 32.01 | | | 47.07 | |

**Comparison of VZ MD Interim UNE Rates with VZ NY Rates**

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | **MD 271 RATE** | **MD 271 Rate Source** | **New York Rates** | **NY Rate Adjusted to MD Fixed Rate Structure (Note 3 )** | **NY Rate Adjusted to MD Cost Structure (Note 2)** | **Existing MD Rates  (Note 8 )** | **Notes** |
| 2 | **Column No.** | **1** | **2** | **3** | **4** | **5** | **6** | **8** |
| 112 | **EXPEDITE:** | | | | | | | |
| 113 | **Service Order** | 11.47 | MD Existing | 14.04 | | | 11.47 | |
| 114 | **Installation - Initial** | 124.48 | NY Rate | 124.48 | | | 203.36 | |
| 115 | **Installation - Addl** | 45.11 | NY Rate | 45.11 | | | 80.83 | |
| 116 | | | | | | | | |
| 117 | **2Wire Subloop - Loop Through Conversion** | | | | | | | |
| 118 | Rate Group A1 (NY DZ 1b) | 6.59 | NY ADJUSTED | 5.23 | | 6.59 | 7.09 | Note 1 |
| 119 | Rate Group A2 (NY DZ 1b) | 6.59 | NY ADJUSTED | 5.23 | | 6.59 | 7.63 | Note 1 |
| 120 | Rate Group B1 (NY DZ 2) | 10.29 | NY ADJUSTED | 8.17 | | 10.29 | 21.61 | Note 1 |
| 121 | Rate Group B2 [NY DZ 2] | 10.29 | NY ADJUSTED | 8.17 | | 10.29 | 13.46 | Note 1 |
| 122 | **Service Order** | 7.69 | MD Existing | 8.98 | | | 7.69 | |
| 123 | **Installation - Initial** | 202.11 | NY Rate | 202.11 | | | 233.51 | |
| 124 | **Installation - Addl** | 121.05 | NY Rate | 121.05 | | | 135.84 | |
| 125 | **EXPEDITE:** | | | | | | | |
| 126 | **Service Order** | 11.47 | MD Existing | 14.04 | | | 11.47 | |
| 127 | **Installation - Initial** | 292.74 | NY Rate | 292.74 | | | 324.35 | |
| 128 | **Installation - Addl** | 176.55 | NY Rate | 176.55 | | | 190.25 | |
| 129 | **Distribution 4 Wire Subloop** | | | | | | | |
| 130 | Rate Group A1 (NY DZ 1b) | 10.82 | NY ADJUSTED | 8.59 | | 10.82 | 12.20 | Note 1 |
| 131 | Rate Group A2 (NY DZ 1b) | 10.82 | NY ADJUSTED | 8.59 | | 10.82 | 13.23 | Note 1 |
| 132 | Rate Group B1 (NY DZ 2) | 17.16 | NY ADJUSTED | 13.62 | | 17.16 | 41.15 | Note 1 |
| 133 | Rate Group B2 [NY DZ 2] | 17.16 | NY ADJUSTED | 13.62 | | 17.16 | 24.86 | Note 1 |
| 134 | Service Order | 7.69 | MD Existing | 8.98 | | | 7.69 | |
| 135 | Installation - Initial | 105.78 | NY Rate | 105.78 | | | 150.79 | |
| 136 | Installation - Addl | 55.30 | NY Rate | 55.30 | | | 59.93 | |
| 137 | **EXPEDITE:** | | | | | | | |
| 138 | **Service Order** | 11.47 | MD Existing | 14.04 | | | 11.47 | |
| 139 | **Installation - Initial** | 149.19 | NY Rate | 149.09 | | | 203.36 | |
| 140 | **Installation - Addl** | 78.09 | NY Rate | 78.09 | | | 80.83 | |
| 141 | | | | | | | | |
| 142 | **4Wire Subloop - Loop Through Conversion** | | | | | | | |
| 143 | Rate Group A1 (NY DZ 1b) | 10.82 | NY ADJUSTED | 8.59 | | 10.82 | 12.20 | Note 1 |
| 144 | Rate Group A2 (NY DZ 1b) | 10.82 | NY ADJUSTED | 8.59 | | 10.82 | 13.23 | Note 1 |
| 145 | Rate Group B1 (NY DZ 2) | 17.16 | NY ADJUSTED | 13.62 | | 17.16 | 41.15 | Note 1 |

Comparison of VZ MD Interim UNE Rates with VZ NY Rates

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | MD 271 RATE | MD 271 Rate Source | New York Rates | NY Rate Adjusted to MD Fixed Rate Structure (Note 3 ) | NY Rate Adjusted to MD Cost Structure (Note 2) | Existing MD Rates  (Note 8 ) | Notes |
| 2 | Column No. | 1 | 2 | 3 | 4 | 5 | 6 | 8 |
| 146 | Rate Group B2 [NY DZ 2] | 17.16 | NY ADJUSTED | 13.62 | | 17.16 | 24.86 | Note 1 |
| 147 | Service Order | 7.69 | MD Existing | 8.98 | | | 7.69 | |
| 148 | Installation - Initial | 204.94 | NY Rate | 204.94 | | | 265.56 | |
| 149 | Installation - Addl | 133.64 | NY Rate | 133.64 | | | 161.54 | |
| 150 | EXPEDITE: | | | | | | | |
| 151 | Service Order | 11.47 | MD Existing | 14.04 | | | 11.47 | |
| 152 | Installation - Initial | 296.77 | NY Rate | 296.77 | | | 367.61 | |
| 153 | Installation - Addl | 195.34 | NY Rate | 195.34 | | | 226.18 | |
| 154 | *Feeder DS1 Subloop* | | | | | | | |
| 155 | Rate Group A1 (NY DZ 1b) | 119.11 | NY ADJUSTED | 94.53 | | 119.11 | | Note 1 |
| 156 | Rate Group A2 (NY DZ 1b) | 119.11 | NY ADJUSTED | 94.53 | | 119.11 | | Note 1 |
| 157 | Rate Group B1 (NY DZ 2) | 156.21 | NY ADJUSTED | 123.98 | | 156.21 | | Note 1 |
| 158 | Rate Group B2 [NY DZ 2] | 156.21 | NY ADJUSTED | 123.98 | | 156.21 | | Note 1 |
| 159 | Service Order | 9.01 | NY Rate | 9.01 | | | | |
| 160 | Installation - Initial/Migration | 188.26 | NY Rate | 188.26 | | | | |
| 161 | Installation - Additional | 101.72 | NY Rate | 101.72 | | | | |
| 162 | | | | | | | | |
| 163 | Feeder DS3 Subloop | | | | | | | |
| 164 | -Rate group A1 (NY DZ 1b) | 1051.50 | NY ADJUSTED | | 834.52 | 1051.50 | | Note 1 |
| 165 | Fixed | | | 781.12 | | | | |
| 166 | Per quarter Mile | | | 6.38 | | | | |
| 167 | -Rate group A2 (NY DZ 1b) | 1051.50 | NY ADJUSTED | | 834.52 | 1051.50 | | Note 1 |
| 168 | Fixed | | | 781.12 | | | | |
| 169 | Per quarter Mile | | | 6.38 | | | | |
| 170 | -Rate group B1 (NY DZ 2) | 1051.50 | NY ADJUSTED | | 834.52 | 1051.50 | | Note 1 |
| 171 | Fixed | | | 781.12 | | | | |
| 172 | Per quarter Mile | | | 6.38 | | | | |
| 173 | -Rate group B2 (NY DZ 2) | 1051.50 | NY ADJUSTED | | 834.52 | 1051.50 | | Note 1 |
| 174 | Fixed | | | 781.12 | | | | |
| 175 | Per quarter Mile | | | 6.38 | | | | |
| 176 | Service Order | 61.63 | NY Rate | 61.63 | | | | |
| 177 | Installation | 204.56 | NY Rate | 204.56 | | | | |
| 178 | | | | | | | | |

Comparison of VZ MD Interim UNE Rates with VZ NY Rates

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | MD 271 RATE | MD 271 Rate Source | New York Rates | NY Rate Adjusted to MD Fixed Rate Structure (Note 3 ) | NY Rate Adjusted to MD Cost Structure (Note 2) | Existing MD Rates  (Note 8 ) | Notes |
| 2 | Column No. | 1 | 2 | 3 | 4 | 5 | 6 | 8 |
| 179 | **Signaling and Databases** | | | | | | | |
| 180 | **STP Port** | | | | | | | |
| 181 | Service Order | 9.01 | NY Rate | 9.01 | | | | |
| 182 | Installation | 97.18 | MD Existing | 795.93 | | | 97.18 | |
| 183 | **SS7 Access/Signaling Link** | | | | | | | |
| 184 | Per Month | 0.75 | MD Existing | 28.08 | | | 0.75 | |
| 185 | Per Port - Non-recurring | | | | | | | |
| 186 | Service Order | 52.62 | MD Existing | 61.63 | | | 52.62 | |
| 187 | Installation no Visit | 162.45 | NY Rate | 162.45 | | | 163.35 | |
| 188 | Installation w/Visit | 162.45 | NY Rate | 162.45 | | | 163.35 | |
| 189 | Manual Surcharge | 6.62 | MD Existing | 29.09 | | | 6.62 | |
| 190 | **EXPEDITE:** | | | | | | | |
| 191 | Service Order | 78.45 | MD Existing | 95.67 | | | 78.45 | |
| 192 | Installation no Visit | 197.12 | NY Rate | 197.12 | | | 236.47 | |
| 193 | Installation w/Visit | 197.12 | NY Rate | 197.12 | | | 236.47 | |
| 194 | Manual Surcharge | 9.87 | MD Existing | NA | | | 9.87 | |
| 195 | | | | | | | | |
| 196 | **LIDB Validation** | | | | | | | |
| 197 | LIDB Point Codes | 88.46 | MD Existing | no rates | | | 88.46 | |
| 198 | Data Storage  - Service Establishment | 1514.69 | MD Existing | | | | 1514.69 | |
| 199 | | | | | | | | |
| 200 | **AIN Service Creation** | | | | | | | |
| 201 | Development Charges | | | | | | | |
| 202 | Service Order | 9.01 | NY Rate | 9.01 | | | | |
| 203 | Service Establishment | 773.56 | NY Rate | 773.56 | | | 911.12 | |
| 204 | Network Service Activation | 13.19 | MD Existing | | | | 13.19 | |
| 205 | CLEC Network Service Activation | 13.19 | MD Existing | | | | 13.19 | |
| 206 | CLEC Switch Service Activation | 13.19 | MD Existing | | | | 13.19 | |
| 207 | | | | | | | | |
| 208 | **PORTS** | | | | | | | |
| 209 | **POTS/PBX/Centrex/** | | | | | | | |
| 210 | Service Order | 6.70 | MD Existing | 9.01 | | | 6.70 | |
| 211 | Installation - Initial | 9.97 | MD Existing | 28.42 | | | 9.97 | |
| 212 | Installation - Addl | 9.97 | MD Existing | 28.42 | | | 9.97 | |
| 213 | Manual Surcharge | | | 12.00 | | | | |

Comparison of VZ MD Interim UNE Rates with VZ NY Rates

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | MD 271 RATE | MD 271 Rate Source | New York Rates | NY Rate Adjusted to MD Fixed Rate Structure (Note 3 ) | NY Rate Adjusted to MD Cost Structure (Note 2) | Existing MD Rates  (Note 8 ) | Notes |
| 2 | Column No. | 1 | 2 | 3 | 4 | 5 | 6 | 8 |
| 214 | ISDN (PRI) | | | | | | | |
| 215 | Service Order | 6.70 | MD Existing | 61.63 | | | 6.70 | |
| 216 | Port Installation | | | | | | | |
| 217 | Installation - Initial | 105.06 | MD Existing | 458.36 | | | 105.06 | |
| 218 | Installation - Addl | 105.06 | MD Existing | 458.36 | | | 105.06 | |
| 219 | Manual Surcharge | | | 12.00 | | | | |

**Comparison of VZ MD Interim UNE Rates with VZ NY Rates**

|   | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | MD 271 RATE | MD 271 Rate Source | New York Rates | NY Rate Adjusted to MD Fixed Rate Structure (Note 3 ) | NY Rate Adjusted to MD Cost Structure (Note 2) | Existing MD Rates  (Note 8 ) | Notes |
| 2 | Column No. | 1 | 2 | 3 | 4 | 5 | 6 | 8 |
| 220 | **ISDN (BRI)** | | | | | | | |
| 221 | Service Order | 6.70 | MD Existing | 9.01 | | | 6.70 | |
| 222 | Installation - Initial | 9.97 | MD Existing | 28.42 | | | 9.97 | |
| 223 | Installation - Addl | 9.97 | MD Existing | 28.42 | | | 9.97 | |
| 224 | Manual Surcharge | | | 12.00 | | | | |
| 225 | **Public/Semi-Public** | | | | | | | |
| 226 | Service Order | 6.70 | MD Existing | no rates | | | 6.70 | |
| 227 | Installation - Initial | 9.97 | MD Existing | | | | 9.97 | |
| 228 | Installation - Addl | 9.97 | MD Existing | | | | 9.97 | |
| 229 | Manual Surcharge | | | | | | | |
| 230 | **DID** | | | | | | | |
| 231 | Service Order | 6.70 | MD Existing | no rates | | | 6.70 | |
| 232 | Installation - Initial | 631.03 | MD Existing | | | | 631.03 | |
| 233 | Installation - Addl | 631.03 | MD Existing | | | | 631.03 | |
| 234 | Manual Surcharge | | | | | | | |
| 235 | **IDLC /TR008 Port-rec.** | 122.48 | MD Existing | 61.68 | 246.72 | | 122.48 | Note 5 |
| 236 | -Service Order | 7.69 | MD Existing | 9.01 | | | 7.69 | |
| 237 | -Installation | 420.04 | MD Existing | 500.57 | | | 420.04 | |
| 238 | Manual Surcharge | 12.00 | NY Rate | 12.00 | | | 14.98 | |
| 239 | EXPEDITE: | | | | | | | |
| 240 | -Service Order | 11.47 | MD Existing | 13.99 | | | 11.47 | |
| 241 | -Installation | 599.99 | MD Existing | 687.71 | | | 599.99 | |
| 242 | Manual Surcharge | 22.34 | MD Existing | NA | | | 22.34 | |
| 243 | | | | | | | | |
| 244 | **Switched DS1 Port -rec.** | 163.91 | MD Existing | 190.30 | | 190.30 | 163.91 | |
| 245 | -Service Order | 52.62 | MD Existing | 61.63 | | | 52.62 | |
| 246 | -Installation - Initial | 382.35 | MD Existing | 458.36 | | | 382.35 | |
| 247 | -Installation -Additional | 253.13 | MD Existing | 458.36 | | | 253.13 | |
| 248 | Manual Surcharge | 6.62 | MD Existing | 12.00 | | | 6.62 | |
| 249 | EXPEDITE: | | | | | | | |
| 250 | -Service Order | 78.45 | MD Existing | 95.67 | | | 78.45 | |
| 251 | -Installation | 545.48 | MD Existing | 625.49 | | | 545.48 | |
| 252 | - Installation addl | 362.10 | MD Existing | 625.49 | | | 362.10 | |
| 253 | Manual Surcharge | 9.87 | MD Existing | na | | | 9.87 | |
| 254 | | | | | | | | |

Comparison of VZ MD Interim UNE Rates with VZ NY Rates

|  | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 |  | **MD 271 RATE** | **MD 271 Rate Source** | **New York Rates** | **NY Rate Adjusted to MD Fixed Rate Structure (Note 3 )** | **NY Rate Adjusted to MD Cost Structure (Note 2)** | **Existing MD Rates  (Note 8 )** | **Notes** |
| 2 | **Column No.** | **1** | **2** | **3** | **4** | **5** | **6** | **8** |
| 255 | **SMDI Port-rec.** | 196.57 | NY ADJUSTED | 196.57 |  | 196.57 | 204.53 |  |
| 256 | -Service Order | 7.69 | MD Existing | 9.01 |  |  | 7.69 |  |
| 257 | -Installation | 355.70 | MD Existing | 435.16 |  |  | 355.70 |  |
| 258 | Manual Surcharge | 12.00 | NY Rate | 12.00 |  |  | 14.98 |  |
| 259 | EXPEDITE; |  |  |  |  |  |  |  |
| 260 | -Service Order | 11.47 | MD Existing | 13.99 |  |  | 11.47 |  |
| 261 | -Installation | 508.19 | MD Existing | 604.12 |  |  | 508.19 |  |
| 262 | Manual Surcharge | 22.34 | MD Existing | NA |  |  | 22.34 |  |
| 263 |  |  |  |  |  |  |  |  |
| 264 | **Unbundled Coin Port-rec** | 2.65 | NY ADJUSTED | 2.65 |  | 2.65 | 3.06 |  |
| 265 | -Service Order | 7.69 | MD Existing | 9.01 |  |  | 7.69 |  |
| 266 | Installation | 24.64 | MD Existing | 28.42 |  |  | 24.64 |  |
| 267 | Installation - Addl | 17.00 | MD Existing | 28.42 |  |  | 17.00 |  |
| 268 | Manual Surcharge | 12.00 | NY Rate | 12.00 |  |  | 14.98 |  |
| 269 | EXPEDITE: |  |  |  |  |  |  |  |
| 270 | -Service Order | 11.47 | MD Existing | 13.99 |  |  | 11.47 |  |
| 271 | Installation | 2.65 | NY Rate | 2.65 |  |  | 35.68 |  |
| 272 | Installation - Addl | 2.65 | NY Rate | 2.65 |  |  | 24.58 |  |
| 273 | Manual Surcharge | 18.62 | NY Rate | 18.62 |  |  | 22.34 |  |
| 274 |  |  |  |  |  |  |  |  |
| 275 | **Unbundled Public Access Line Port-rec.** | 1.90 | MD Existing | 4.57 |  | 4.57 | 1.90 |  |
| 276 | -Service Order | 7.69 | MD Existing | 9.01 |  |  | 7.69 |  |
| 277 | Installation | 24.64 | MD Existing | 28.42 |  |  | 24.64 |  |
| 278 | Installation - Addl | 17.00 | MD Existing | 28.42 |  |  | 17.00 |  |
| 279 | Manual Surcharge | 12.00 | NY Rate | 12.00 |  |  | 14.98 |  |
| 280 | EXPEDITE: |  |  |  |  |  |  |  |
| 281 | -Service Order | 11.47 | MD Existing | 13.99 |  |  | 11.47 |  |
| 282 | Installation | 2.65 | NY Rate | 2.65 |  |  | 35.68 |  |
| 283 | Installation - Addl | 2.65 | NY Rate | 2.65 |  |  | 24.58 |  |
| 284 | Manual Surcharge | 18.62 | NY Rate | 18.62 |  |  | 22.34 |  |
| 285 |  |  |  |  |  |  |  |  |
| 286 | **Ancillary Features (UCP or UPALP only)** |  |  |  |  |  |  |  |
| 287 | Line Side Answer Supervision | 0.01 | MD Existing | na |  |  | 0.01 |  |

Comparison of VZ MD Interim UNE Rates with VZ NY Rates

|  | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | MD 271 RATE | MD 271 Rate Source | New York Rates | NY Rate Adjusted to MD Fixed Rate Structure (Note 3 ) | NY Rate Adjusted to MD Cost Structure (Note 2) | Existing MD Rates  (Note 8 ) | Notes |
| 2 | Column No. | 1 | 2 | 3 | 4 | 5 | 6 | 8 |
| 288 | Call Type Blocking | 0.04 | MD Existing | | | | 0.04 | |
| 289 | IDDB | 0.01 | MD Existing | | | | 0.01 | |
| 290 | One-Way Service | 0.01 | MD Existing | | | | 0.01 | |
| 291 | | | | | | | | |
| 292 | | | | | | | | |
| 293 | **Trunk Ports** | | | | | | | |
| 294 | Dedicated Trunk Port - End Office | 77.83 | MD Existing | 102.40 | | 102.40 | 77.83 | |
| 295 | Service Order | 7.69 | MD Existing | 9.01 | | | 7.69 | |
| 296 | Installation - Initial | 461.79 | MD Existing | 557.39 | | | 461.79 | |
| 297 | Installation - Addl | 212.01 | MD Existing | 557.39 | | | 212.01 | |
| 298 | Manual Surcharge | 14.98 | MD Existing | 26.56 | | | 14.98 | |
| 299 | EXPEDITE: | | | | | | | |
| 300 | Service Order | 11.47 | MD Existing | 13.99 | | | 11.47 | |
| 301 | Installation - Initial | 664.08 | MD Existing | 723.72 | | | 664.08 | |
| 302 | Installation - Addl | 303.32 | MD Existing | 723.72 | | | 303.32 | |
| 303 | Manual Surcharge | 22.34 | MD Existing | 41.23 | | | 22.34 | |
| 304 | Dedicated Trunk Port - Tandem | 99.08 | MD Existing | 155.67 | | 155.67 | 99.08 | |
| 305 | Service Order | 7.69 | MD Existing | 9.01 | | | 7.69 | |
| 306 | Installation - Initial | 396.90 | MD Existing | 493.96 | | | 396.90 | |
| 307 | Installation - Addl | 198.26 | MD Existing | 493.96 | | | 198.26 | |
| 308 | Manual Surcharge | 14.98 | MD Existing | 26.56 | | | 14.98 | |
| 309 | EXPEDITE: | | | | | | | |
| 310 | Service Order | 11.47 | MD Existing | 13.99 | | | 11.47 | |
| 311 | Installation - Initial | 573.07 | MD Existing | 660.70 | | | 573.07 | |
| 312 | Installation - Addl | 282.76 | MD Existing | 660.70 | | | 282.76 | |
| 313 | Manual Surcharge | 22.34 | MD Existing | 41.23 | | | 22.34 | |
| 314 | | | | | | | | |
| 315 | **IOF - Dedicated Transport** | | | | | | | |
| 316 | **IOF Voice Grade/DS0/EEL DS0** | | | | | | | |
| 317 | Service Order | 6.70 | MD Existing | no rates | | | 6.70 | |
| 318 | Installation - Initial Facility | 315.00 | MD Existing | | | | 315.00 | |

Comparison of VZ MD Interim UNE Rates with VZ NY Rates

|   | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | **MD 271 RATE** | **MD 271 Rate Source** | **New York Rates** | **NY Rate Adjusted to MD Fixed Rate Structure (Note 3 )** | **NY Rate Adjusted to MD Cost Structure (Note 2)** | **Existing MD Rates  (Note 8 )** | **Notes** |
| 2 | **Column No.** | **1** | **2** | **3** | **4** | **5** | **6** | **8** |
| 319 | Installation - Addl Facility | 21.28 | **MD Existing** | | | | 21.28 | |
| 320 | **IOF DS1** | | | | | | | |
| 321 | Service Order | 6.70 | **MD Existing** | 61.63 | | | 6.70 | |
| 322 | Installation - Initial | 144.10 | **NY Rate** | 144.10 | | | 315.00 | |
| 323 | Installation - Addl | 21.28 | **MD Existing** | 144.10 | | | 21.28 | |
| 324 | Manual Surcharge | | | | | | | |
| 325 | **IOF DS3** | | | | | | | |
| 326 | Service Order | 6.70 | **MD Existing** | 61.63 | | | 6.70 | |
| 327 | Installation - Initial | 204.56 | **NY Rate** | 204.56 | | | 315.00 | |
| 328 | Installation - Addl | 21.28 | **MD Existing** | 204.56 | | | 21.28 | |
| 329 | Manual Surcharge | | | | | | | |
| 330 | **IOF DDS** | | | | | | | |
| 331 | Service Order | 6.70 | **MD Existing** | no rates | | | 6.70 | |
| 332 | Installation - Initial | 315.00 | **MD Existing** | | | | 315.00 | |
| 333 | Installation - Addl | 21.28 | **MD Existing** | | | | 21.28 | |
| 334 | | | | | | | | |
| 335 | **IOF STS-1** | | | | | | | |
| 336 | Fixed | 334.36 | **MD Existing** | 711.65 | | | 334.36 | |
| 337 | Per mile | 5.00 | **MD Existing** | 15.23 | | | 5.00 | |
| 338 | Service Order | 52.63 | **MD Existing** | 61.63 | | | 52.62 | |
| 339 | Installation | 176.19 | **MD Existing** | 204.56 | | | 176.19 | |
| 340 | Manual Surcharge | 6.62 | **MD Existing** | | | | 6.62 | |
| 341 | | | | | | | | |
| 342 | **IOF OC3** | | | | | | | |
| 343 | Fixed | 1009.52 | **MD Existing** | 2250.60 | | | 1009.52 | |
| 344 | Per mile | 15.29 | **MD Existing** | 49.16 | | | 15.29 | |
| 345 | Service Order | 52.62 | **MD Existing** | 61.63 | | | 52.62 | |
| 346 | Installation | 213.23 | **MD Existing** | 243.68 | | | 213.23 | |
| 347 | Manual Surcharge | 6.62 | **MD Existing** | | | | 6.62 | |
| 348 | | | | | | | | |
| 349 | **IOF OC12** | | | | | | | |
| 350 | Fixed | 2700.17 | **MD Existing** | 3333.63 | | | 2700.17 | |
| 351 | Per mile | 36.31 | **MD Existing** | 89.82 | | | 36.31 | |
| 352 | Service Order | 52.62 | **MD Existing** | 61.63 | | | 52.62 | |
| 353 | Installation | 213.23 | **MD Existing** | 243.68 | | | 213.23 | |
| 354 | Manual Surcharge | 6.62 | **MD Existing** | | | | 6.62 | |

Comparison of VZ MD Interim UNE Rates with VZ NY Rates

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | **MD 271 RATE** | **MD 271 Rate Source** | **New York Rates** | **NY Rate Adjusted to MD Fixed Rate Structure (Note 3 )** | **NY Rate Adjusted to MD Cost Structure (Note 2)** | **Existing MD Rates  (Note 8 )** | **Notes** |
| 2 | Column No. | **1** | **2** | **3** | **4** | **5** | **6** | **8** |
| 355 | | | | | | | | |
| 356 | *ENTRANCE FACILITIES* | | | | | | | |
| 357 | **2W Voice Grade Channel Termination** | | | Note 11 | | | | |
| 358 | **Service Order** | 6.70 | MD Existing | no rates | | | 6.70 | |
| 359 | **Installation - Initial** | 296.00 | MD Existing | | | | 296.00 | |
| 360 | **Installation - Addl** | 171.44 | MD Existing | | | | 171.44 | |
| 361 | **4W Voice Grade Channel Termination** | | | Note 11 | | | | |
| 362 | **Service Order** | 6.70 | MD Existing | no rates | | | 6.70 | |
| 363 | **Installation - Initial** | 382.37 | MD Existing | | | | 382.37 | |
| 364 | **Installation - Addl** | 221.67 | MD Existing | | | | 221.67 | |
| 365 | **DS1 to Voice Grade Multiplexing** | | | Note 11 | | | | |
| 366 | **Service Order** | 6.70 | MD Existing | no rates | | | 6.70 | |
| 367 | **Installation - Initial** | 366.56 | MD Existing | | | | 366.56 | |
| 368 | **Installation - Addl** | 366.56 | MD Existing | | | | 366.56 | |
| 369 | **Manual Surcharge** | | | | | | | |
| 370 | **DS1 (DS1 Channel Termination)** | | | | | | | |
| 371 | **Service Order** | 6.70 | MD Existing | 61.63 | | | 6.70 | |
| 372 | **Installation -no Visit- Initial** | 144.10 | NY Rates | 144.10 | | | 422.32 | |
| 373 | **Installation -no Visit- Addl** | 144.10 | NY Rates | 144.10 | | | 205.89 | |
| 374 | **Installation - w/Visit - Initial** | 422.32 | MD Existing | | | | 422.32 | |
| 375 | **Installation - w/Visit - Addl** | 205.89 | MD Existing | | | | 205.89 | |
| 376 | **Manual Surcharge** | | | | | | | |
| 377 | **DS3 to DS1 Multiplexing** | | | | | | | |
| 378 | **Service Order** | 6.70 | MD Existing | no rates | | | 6.70 | |
| 379 | **Installation - Initial** | 366.56 | MD Existing | | | | 366.56 | |
| 380 | **Installation - Addl** | 366.56 | MD Existing | | | | 366.56 | |
| 381 | **Manual Surcharge** | | | | | | | |

Comparison of VZ MD Interim UNE Rates with VZ NY Rates

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | MD 271 RATE | MD 271 Rate Source | New York Rates | NY Rate Adjusted to MD Fixed Rate Structure (Note 3 ) | NY Rate Adjusted to MD Cost Structure (Note 2) | Existing MD Rates  (Note 8 ) | Notes |
| 2 | Column No. | 1 | 2 | 3 | 4 | 5 | 6 | 8 |
| 382 | **DS3(DS3 Channel Termination)** | | | | | | | |
| 383 | Service Order | 6.70 | MD Existing | 61.63 | | | 6.70 | |
| 384 | Installation -no Visit- Initial | 204.56 | NY Rates | 204.56 | | | 422.32 | |
| 385 | Installation -no Visit- Addl | 205.89 | MD Existing | | | | 205.89 | |
| 386 | Installation - w/Visit - Initial | 422.32 | MD Existing | | | | 422.32 | |
| 387 | Installation - w/Visit - Addl | 205.89 | MD Existing | | | | 205.89 | |
| 388 | Manual Surcharge | | | | | | | |
| 389 | **STS-1 -recurring (Fixed)** | 585.56 | MD Existing | 798.90 | 863.66 | | 585.56 | |
| 390 | Per 1/4 Mile | NA | | 6.38 | | | | |
| 391 | Service Order | 52.62 | MD Existing | 61.63 | | | 52.62 | |
| 392 | Installation - W/Visit | 175.68 | MD Existing | 204.56 | | | 175.68 | |
| 393 | Insatllation - Wout/Visit | 175.68 | MD Existing | 204.56 | | | 175.68 | |
| 394 | Manual Surcharge | 6.62 | | | | | 6.62 | |
| 395 | | | | | | | | |
| 396 | **OC3-recurring (Fixed)** | 771.47 | MD Existing | 1387.85 | 1436.47 | | 771.47 | |
| 397 | Per 1/4 Mile Charge | NA | | 4.79 | | | | |
| 398 | Service Order | 52.62 | MD Existing | 61.63 | | | 52.62 | |
| 399 | Installation - W/Visit | 175.68 | MD Existing | 204.56 | | | 175.68 | |
| 400 | Installation - Wout/Visit | 175.68 | MD Existing | 204.56 | | | 175.68 | |
| 401 | Manual Surcharge | 6.62 | MD Existing | | | | 6.62 | |
| 402 | | | | | | | | |
| 403 | **OC12-recurring (Fixed)** | 2286.50 | MD Existing | 3436.06 | 3484.68 | | 2286.50 | |
| 404 | Per 1/4 Mile Charge | NA | | 4.79 | | | | |
| 405 | Service Order | 52.62 | MD Existing | 61.63 | | | 52.62 | |
| 406 | Installation - W/Visit | 175.68 | MD Existing | 204.56 | | | 175.68 | |
| 407 | Installation - Wout visit | 175.68 | MD Existing | 204.56 | | | 175.68 | |
| 408 | Manual Surcharge | 6.62 | MD Existing | | | | 6.62 | |
| 409 | | | | | | | | |
| 410 | ***XDSL Loop Qualification & Conditioning*** | | | | | | Note 6 | |
| 411 | Manual Loop Qualification | 0.00 | MD Existing | 95.52 | | | 0.00 | |
| 412 | Engineering Query | 0.00 | MD Existing | 169.64 | | | 0.00 | |

Comparison of VZ MD Interim UNE Rates with VZ NY Rates

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | MD 271 RATE | MD 271 Rate Source | New York Rates | NY Rate Adjusted to MD Fixed Rate Structure (Note 3 ) | NY Rate Adjusted to MD Cost Structure (Note 2) | Existing MD Rates   (Note 8 ) | Notes |
| 2 | Column No. | 1 | 2 | 3 | 4 | 5 | 6 | 8 |
| 413 | Engineering Work Order | 80.89 | MD Existing | 729.53 | | | 80.89 | |
| 414 | Bridge Tap Removal - One Occurrence | 179.99 | MD Existing | 335.69 | | | 179.99 | |
| 415 | Bridge Tap Removal - Multiple Occurrence | 435.13 | MD Existing | 822.54 | | | 435.13 | |
| 416 | Load Coil Removal - 21K Ft | 0.00 | MD Existing | 1445.18 | | | 0.00 | |
| 417 | Load Coil Removal - 27K Ft | 0.00 | MD Existing | 1923.13 | | | 0.00 | |
| 418 | Cooperative Testing | 0.00 | MD Existing | 34.92 | | | 0.00 | |
| 419 | Electronics (Repeater) | 929.08 | NY Rate | 929.08 | | | 1068.21 | |
| 420 | EXPEDITE: | | | | | | | |
| 421 | Manual Loop Qualification | 0.00 | MD Existing | 137.12 | | | 0.00 | |
| 422 | Engineering Query | 0.00 | MD Existing | 242.46 | | | 0.00 | |
| 423 | Engineering Work Order | 80.89 | MD Existing | 1029.03 | | | 80.89 | |
| 424 | Bridge Tap Removal - One Occurrence | 253.56 | MD Existing | 469.97 | | | 253.56 | |
| 425 | Bridge Tap Removal - Multiple Occurrence | 613.60 | MD Existing | 1151.56 | | | 613.60 | |
| 426 | Load Coil Removal - 21K Ft | 0.00 | MD Existing | 2023.26 | | | 0.00 | |
| 427 | Load Coil Removal - 27K Ft | 0.00 | MD Existing | 2692.38 | | | 0.00 | |
| 428 | Cooperative Testing | 0.00 | MD Existing | NA | | | 0.00 | |
| 429 | Electronics (Repeater) | 956.27 | NY Rate | 956.27 | | | 956.27 | |
| 430 | | | | | | | | |
| 431 | Mechanized Loop Qualifications | 0.45 | MD Existing | 0.71 | | | 0.45 | |
| 432 | WideBand Test Access System | 1.05 | MD Existing | 1.72 | | | 1.05 | |
| 433 | | | | | | | | |
| 434 | Line Sharing | | | | | | Note 7 | |
| 435 | Splitter Installation | 937.72 | MD Existing | 1287.36 | | | 937.72 | |
| 436 | Option A - Admin & Support | 0.00 | MD Existing | 36.17 | | | 0.00 | |
| 437 | Option C - Admin & Support | 11.69 | MD Existing | 36.17 | | | 11.69 | |
| 438 | Splitter Equipment Support - Option C only (Total) | 3.16 | MD Existing | 14.38 | | | 3.16 | |
| 439 | Service Order | | | 9.01 | | | | |
| 440 | Installation - Initial w/Visit | 138.42 | MD Existing | 153.78 | | | 138.42 | |
| 441 | Installation - Initial wout/Visit | 28.34 | MD Existing | 39.72 | | | 28.34 | |
| 442 | Installation - Addl w/Visit | 51.45 | MD Existing | 133.81 | | | 51.45 | |

Comparison of VZ MD Interim UNE Rates with VZ NY Rates

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | MD 271 RATE | MD 271 Rate Source | New York Rates | NY Rate Adjusted to MD Fixed Rate Structure (Note 3 ) | NY Rate Adjusted to MD Cost Structure (Note 2) | Existing MD Rates  (Note 8 ) | Notes |
| 2 | Column No. | 1 | 2 | 3 | 4 | 5 | 6 | 8 |
| 443 | Installation - Addl wout/Visit | 14.05 | MD Existing | 19.75 | | | 14.05 | |
| 444 | Manual Surcharge | 14.96 | MD Existing | 26.56 | | | 14.96 | |
| 445 | Misdirect - In | 40.37 | MD Existing | 43.55 | | | 40.37 | |
| 446 | Misdirect - Out | 118.59 | MD Existing | 121.86 | | | 118.59 | |
| 447 | | | | | | | | |
| 448 | | | | | | | | |
| 449 | **Dark Fiber** | | | | | | | |
| 450 | *Dark Fiber Loop* | | | | | | | |
| 451 | Rate Group A1 | 156.91 | MD Existing | Note 4 | | | 156.91 | |
| 452 | Rate Group A2 | 161.21 | MD Existing | | | | 161.21 | |
| 453 | Rate Group B1 | 264.62 | MD Existing | | | | 264.62 | |
| 454 | Rate Group B2 | 206.67 | MD Existing | | | | 206.67 | |
| 455 | Service Order | 52.62 | MD Existing | | | | 52.62 | |
| 456 | SWC Charge - Per Month | 6.71 | MD Existing | | | | 6.71 | |
| 457 | SWC Charge - Nonrecurring | 34.00 | MD Existing | | | | 34.00 | |
| 458 | Loop Charge | 578.35 | MD Existing | | | | 578.35 | |
| 459 | | | | | | | | |
| 460 | *Dark Fiber IOF* | | | | | | | |
| 461 | **Verizon CO to Verizon CO** | | | | | | | |
| 462 | Serving Wire Center Charge /SWC/Pair | 6.71 | MD Existing | | | | 6.71 | |
| 463 | per mile | 85.22 | MD Existing | | | | 85.22 | |
| 464 | Service Order | 52.62 | MD Existing | | | | 52.62 | |
| 465 | SWC Charge - nonrecurring | 37.59 | MD Existing | | | | 37.59 | |
| 466 | IOF Mileage Installation Charge | 189.63 | MD Existing | | | | 189.63 | |
| 467 | **Verizon CO to CLEC Co** | | | | | | | |
| 468 | Channel Termination Charge/CLEC CO | 117.04 | MD Existing | | | | 117.04 | |
| 469 | Service Order | 52.62 | MD Existing | | | | 52.62 | |
| 470 | SWC Charge - Per month | 6.71 | MD Existing | | | | 6.71 | |
| 471 | SWC Charge - nonrecurring | 37.59 | MD Existing | | | | 37.59 | |
| 472 | Channel Term Installation Charge | 332.71 | MD Existing | | | | 332.71 | |
| 473 | Dark Fiber Records Review | 266.23 | MD Existing | | | | 266.23 | |
| 474 | | | | | | | | |
| 475 | Dark Fiber  T&M Charges | | | | | | | |

Comparison of VZ MD Interim UNE Rates with VZ NY Rates

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | **MD 271 RATE** | **MD 271 Rate Source** | **New York Rates** | **NY Rate Adjusted to MD Fixed Rate Structure (Note 3 )** | **NY Rate Adjusted to MD Cost Structure (Note 2)** | **Existing MD Rates  (Note 8 )** | **Notes** |
| 2 | **Column No.** | **1** | **2** | **3** | **4** | **5** | **6** | **8** |
| 476 | **Facilities Management Center-Planning/per hour** | 44.56 | **MD Existing** | | | | 44.56 | |
| 477 | **Facilities Management Center-Design/per hour** | 44.56 | **MD Existing** | | | | 44.56 | |
| 478 | **OSP Operations/splicing- NTE Technician/per hour** | 34.54 | **MD Existing** | | | | 34.54 | |
| 479 | **CO Frame - CO Technician/per hour** | 32.74 | **MD Existing** | | | | 32.74 | |
| 480 | | | | | | | | |
| 481 | **EEL Testing** | | | | | | | |
| 482 | **2 Wire Analog (NY DZ 2)** | 0.08 | **MD Existing** | 0.58 | | | 0.08 | |
| 483 | **2 Wire Digital (NY DZ 2)** | 0.09 | **MD Existing** | 0.76 | | | 0.09 | |
| 484 | **4 Wire Analog (NY DZ 2)** | 0.16 | **MD Existing** | 1.08 | | | 0.16 | |
| 485 | **DS1  (NY DZ 2)** | 0.61 | **MD Existing** | 1.75 | | | 0.61 | |
| 486 | **DS3** | 102.22 | **MD Existing** | | | | 102.22 | |
| 487 | **Digital 4W (56 or 64 kb) Test Charge** | 0.18 | **MD Existing** | 1.08 | | | 0.18 | |
| 488 | | | | | | | | |
| 489 | **OSS -- Access** | Note 7 | | | | | | |
| 490 | **Pre-Ordering - per query** | 0.26 | **MD Existing** | | | | 0.26 | |
| 491 | **Ordering - per transaction** | 4.22 | **MD Existing** | | | | 4.22 | |
| 492 | **Provisioning** | NA | **MD Existing** | | | | NA | |
| 493 | **Maintenance & Repair** | | | | | | | |
| 494 | **-- ECG Access - per query** | 0.26 | **MD Existing** | | | | 0.26 | |
| 495 | **-- EB/OSI Access -- per trouble ticket** | 1.20 | **MD Existing** | | | | 1.20 | |
| 496 | **Non-paper media per CD Rom** | 254.11 | **MD Existing** | | | | 254.11 | |
| 497 | | | | | | | | |
| 498 | **Daily Usage File - DUF** | | | Note 9 | | | | |
| 499 | **Existing Message Recording** | 0.000267 | **MD Existing** | | | | 0.000267 | |
| 500 | **Data Tape - per tape** | 21.46 | **MD Existing** | | | | 21.46 | |
| 501 | **per Programming hour** | 63.270000 | **MD Existing** | | | | 63.27 | |
| 502 | **Network Data Mover - per message** | 0.000096 | **MD Existing** | | | | 0.000096 | |
| 503 | **CMDS - per message** | 0.000096 | **MD Existing** | | | | 0.000096 | |
| 504 | **per Programming hour** | 63.27 | **MD Existing** | | | | 63.27 | |
| 505 | **DUF Transport** | | | | | | | |
| 506 | **9.6 kb Port - per month** | 10.56 | **MD Existing** | | | | 10.56 | |
| 507 | **per Port** | 7416.65 | **MD Existing** | | | | 7416.65 | |

**Comparison of VZ MD Interim UNE Rates with VZ NY Rates**

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | **MD 271 RATE** | **MD 271 Rate Source** | **New York Rates** | **NY Rate Adjusted to MD Fixed Rate Structure (Note 3 )** | **NY Rate Adjusted to MD Cost Structure (Note 2)** | **Existing MD Rates  (Note 8 )** | **Notes** |
| 2 | **Column No.** | **1** | **2** | **3** | **4** | **5** | **6** | **8** |
| 508 | 56 kb Port - per month | 29.15 | **MD Existing** | | | | 29.15 | |
| 509 | per Port | 30,717.61 | **MD Existing** | | | | 30,717.61 | |
| 510 | 256 kb Port - per month | 29.15 | **MD Existing** | | | | 29.15 | |
| 511 | per Port | 51,094.01 | **MD Existing** | | | | 51,094.01 | |
| 512 | T1 Port - per month | 370.26 | **MD Existing** | | | | 370.26 | |
| 513 | per Port | 182,318.17 | **MD Existing** | | | | 182,318.17 | |
| 514 | Line Installation - per programming hour | 63.27 | **MD Existing** | | | | 63.27 | |
| 515 | Port set up | 10.16 | **MD Existing** | | | | 10.16 | |
| 516 | Network Control Programming Coding per hour | 63.27 | **MD Existing** | | | | 63.27 | |
| 517 | **Network Interface Device** | | | | | | | |
| 518 | **Standalone NID** | | | | | | | |
| 519 | **2Wire** | | | | | | | |
| 520 | Service Order | 7.69 | **MD Existing** | **9.01** | | | 7.69 | |
| 521 | Dispatch/Installation | 51.16 | **MD Existing** | **53.07** | | | 51.16 | |
| 522 | Manual Surcharge | 14.98 | **MD Existing** | **26.56** | | | 14.98 | |
| 523 | EXPEDITE: | | | | | | | |
| 524 | Service Order | 11.47 | **MD Existing** | **NA** | | | 11.47 | |
| 525 | Dispatch/Installation | 68.99 | **MD Existing** | | | | 68.99 | |
| 526 | Manual Surcharge | 22.34 | **MD Existing** | | | | 22.34 | |
| 527 | **4Wire** | | | | | | | |
| 528 | Service Order | 7.69 | **MD Existing** | **9.01** | | | 7.69 | |
| 529 | Dispatch/Installation | 51.16 | **MD Existing** | **53.07** | | | 51.16 | |
| 530 | Manual Surcharge | 14.98 | **MD Existing** | **26.56** | | | 14.98 | |
| 531 | EXPEDITE: | | | | | | | |
| 532 | Service Order | 11.47 | **MD Existing** | **NA** | | | 11.47 | |
| 533 | Dispatch/Installation | 68.99 | **MD Existing** | | | | 68.99 | |
| 534 | Manual Surcharge | 22.34 | **MD Existing** | | | | 22.34 | |
| 535 | **DSI NID** | 5.80 | **MD Existing** | **6.67** | | | 5.80 | |
| 536 | Service Order | 7.69 | **MD Existing** | **9.01** | | | 7.69 | |
| 537 | Dispatch/Installation | 51.16 | **MD Existing** | **53.07** | | | 51.16 | |
| 538 | Manual Surcharge | 14.98 | **MD Existing** | **26.56** | | | 14.98 | |
| 539 | EXPEDITE: | | | | | | | |
| 540 | Service Order | 11.47 | **MD Existing** | **NA** | | | 11.47 | |

Comparison of VZ MD Interim UNE Rates with VZ NY Rates

|  | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | **MD 271 RATE** | **MD 271 Rate Source** | **New York Rates** | **NY Rate Adjusted to MD Fixed Rate Structure (Note 3 )** | **NY Rate Adjusted to MD Cost Structure (Note 2)** | **Existing MD Rates  (Note 8 )** | **Notes** |
| 2 | **Column No.** | **1** | **2** | **3** | **4** | **5** | **6** | **8** |
| 541 | Dispatch/Installation | 68.99 | MD Existing | | | | 68.99 | |
| 542 | Manual Surcharge | 22.34 | MD Existing | | | | 22.34 | |
| 543 | | | | | | | | |
| 544 | **PLATFORMS** | | | | | | | |
| 545 | POTS/Centrex/ISDN-BRI /ISDN-BRI Centrex/Coin/Public Access Platform New Initial | | | | | | | |
| 546 | Service Order | 0.83 | MD Existing | 0.97 | | | 0.83 | |
| 547 | Installation - w/o Visit - Initial | 7.57 | MD Existing | 9.70 | | | 7.57 | |
| 548 | Installation w/Visit - Initial | 117.84 | MD Existing | 123.76 | | | 117.84 | |
| 549 | Manual Surcharge | 9.42 | MD Existing | 12.00 | | | 9.42 | |
| 550 | EXPEDITE: | | | | | | | |
| 551 | Service Order | 1.23 | MD Existing | 1.50 | | | 1.23 | |
| 552 | Installation - w/o Visit - Initial | 10.78 | MD Existing | 13.59 | | | 10.78 | |
| 553 | Installation w/Visit - Initial | 159.48 | MD Existing | 160.65 | | | 159.48 | |
| 554 | Manual Surcharge | 14.04 | MD Existing | 18.62 | | | 14.04 | |
| 555 | | | | | | | | |
| 556 | POTS/Centrex/ISDN-BRI /ISDN-BRI Centrex/Coin/Public Access Platform New Additional | | | | | | | |
| 557 | Installation without visit | 7.40 | MD Existing | 9.49 | | | 7.40 | |
| 558 | Installation with visit | 44.86 | MD Existing | 48.24 | | | 44.86 | |
| 559 | EXPEDITE: | | | | | | | |
| 560 | Installation without visit | 10.54 | MD Existing | 13.29 | | | 10.54 | |
| 561 | Installation with visit | 61.05 | MD Existing | 67.86 | | | 61.05 | |
| 562 | | | | | | | | |
| 563 | POTS/Centrex/ISDN-BRI /ISDN-BRI Centrex/Coin/Public Access Platform Migration - Initial | | | | | | | |
| 564 | Service Order | 0.83 | MD Existing | 0.97 | | | 0.83 | |
| 565 | Installation without visit | 1.18 | NY Rate | 1.18 | | | 4.26 | |
| 566 | Installation with visit | 115.24 | NY Rate | 115.24 | | | | |
| 567 | Manual Surcharge | 9.42 | MD Existing | 12.00 | | | 9.42 | |
| 568 | EXPEDITE: | | | | | | | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | **MD 271 RATE** | **MD 271 Rate Source** | **New York Rates** | **NY Rate Adjusted to MD Fixed Rate Structure (Note 3 )** | **NY Rate Adjusted to MD Cost Structure (Note 2)** | **Existing MD Rates   (Note 8 )** | **Notes** |
| 2 | **Column No.** | **1** | **2** | **3** | **4** | **5** | **6** | **8** |
| 569 | Service Order | 1.23 | MD Existing | 1.50 | | | 1.23 | |
| 570 | Installation - w/o Visit - Initial | 1.66 | NY Rate | 1.66 | | | 6.07 | |
| 571 | Installation w/Visit - Initial | 6.07 | MD Existing | 162.31 | | | 6.07 | |
| 572 | Manual Surcharge | 14.04 | MD Existing | 18.82 | | | 14.04 | |
| 573 | | | | | | | | |
| 574 | POTS/Centrex/ISDN-BRI /ISDN-BRI Centrex/Coin/Public Access Platform Migration - Addl | | | | | | | |
| 575 | Installation without visit | 1.13 | NY Rate | 1.13 | | | 4.09 | |
| 576 | Installation with visit | 4.09 | NY Rate | 39.88 | | | 4.09 | |
| 577 | EXPEDITE: | | | | | | | |
| 578 | Installation without visit | 1.60 | NY Rate | 1.60 | | | 5.83 | |
| 579 | Installation with visit | 5.83 | MD Existing | 56.17 | | | 5.83 | |
| 580 | | | | | | | | |
| 581 | ISDN-PRI, DS1 DID/DOD/PBX PLATFORM - New - Initial | | | | | | | |
| 582 | Service Order | 52.62 | MD Existing | 61.63 | | | 52.62 | |
| 583 | Installation - w/o Visit - Initial | 270.53 | MD Existing | 498.63 | | | 270.53 | |
| 584 | Installation w/Visit - Initial | 413.60 | MD Existing | 646.62 | | | 413.60 | |
| 585 | Manual Surcharge | 6.62 | MD Existing | 12.00 | | | 6.62 | |
| 586 | EXPEDITE: | | | | | | | |
| 587 | Service Order | 78.45 | MD Existing | 95.67 | | | 78.45 | |
| 588 | Installation - w/o Visit - Initial | 367.42 | MD Existing | 683.09 | | | 367.42 | |
| 589 | Installation w/Visit - Initial | 580.35 | MD Existing | 891.53 | | | 580.35 | |
| 590 | Manual Surcharge | 9.87 | MD Existing | 18.62 | | | 9.87 | |
| 591 | | | | | | | | |
| 592 | ISDN-PRI, DS1 DID/DOD/PBX PLATFORM - New - Addl | | | | | | | |
| 593 | Installation without visit | 257.88 | MD Existing | 481.89 | | | 257.88 | |
| 594 | Installation with visit | 333.47 | MD Existing | 560.08 | | | 333.47 | |
| 595 | EXPEDITE: | | | | | | | |
| 596 | Installation without visit | 369.02 | MD Existing | 669.16 | | | 369.02 | |
| 597 | Installation with visit | 470.95 | MD Existing | | | | 470.95 | |
| 598 | ISDN-PRI, DS1 DID/DOD/PBX PLATFORM - Migration - Initial | | | | | | | |
| 599 | Service Order | 0.83 | MD Existing | 61.63 | | | 0.83 | |

Comparison of VZ MD Interim UNE Rates with VZ NY Rates

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | MD 271 RATE | MD 271 Rate Source | New York Rates | NY Rate Adjusted to MD Fixed Rate Structure (Note 3 ) | NY Rate Adjusted to MD Cost Structure (Note 2) | Existing MD Rates  (Note 8 ) | Notes |
| 2 | Column No. | 1 | 2 | 3 | 4 | 5 | 6 | 8 |
| 600 | Installation without visit | 4.26 | MD Existing | 428.11 | | | 4.26 | |
| 601 | Installation with visit | 542.17 | NY Rate | 542.17 | | | | |
| 602 | Manual Surcharge | 9.42 | MD Existing | 12.00 | | | 9.42 | |
| 603 | EXPEDITE: | | | | | | | |
| 604 | Service Order | 1.23 | MD Existing | 95.67 | | | 1.23 | |
| 605 | Installation without visit | 6.07 | MD Existing | 582.22 | | | 6.07 | |
| 606 | Installation with visit | 6.07 | MD Existing | 582.22 | | | 6.07 | |
| 607 | Manual Surcharge | 14.04 | MD Existing | 18.62 | | | 14.04 | |
| 608 | ISDN-PRI, DS1 DID/DOD/PBX PLATFORM - Migration - Addl | | | | | | | |
| 609 | Installation without visit | 4.09 | MD Existing | 428.11 | | | 4.09 | |
| 610 | Installation with visit | 466.86 | NY Rate | 466.86 | | | | |
| 611 | EXPEDITE: | | | | | | | |
| 612 | Installation without visit | 5.83 | MD Existing | 582.22 | | | 5.83 | |
| 613 | Installation with visit | 5.83 | MD Existing | 582.22 | | | 5.83 | |
| 614 | | | | | | | | |
| 615 | ANALOG/POTS FX, ISDN-BRI FX PLATFORM - New - Initial | | | | | | | |
| 616 | Service Order | 52.62 | MD Existing | no rates | | | 52.62 | |
| 617 | Installation - w/o Visit - Initial | 170.63 | MD Existing | | | | 170.63 | |
| 618 | Installation w/Visit - Initial | 280.90 | MD Existing | | | | 280.90 | |
| 619 | Manual Surcharge | 6.62 | MD Existing | | | | 6.62 | |
| 620 | EXPEDITE: | | | | | | | |
| 621 | Service Order | 78.45 | MD Existing | | | | 78.45 | |
| 622 | Installation - w/o Visit - Initial | 247.17 | MD Existing | | | | 247.17 | |
| 623 | Installation w/Visit - Initial | 395.87 | MD Existing | | | | 395.87 | |
| 624 | Manual Surcharge | 9.87 | MD Existing | | | | 9.87 | |
| 625 | | | | | | | | |
| 626 | ANALOG/POTS FX, ISDN-BRI FX PLATFORM - New - Addl | | | | | | | |
| 627 | Installation without visit | 156.31 | MD Existing | no rates | | | 156.31 | |
| 628 | Installation with visit | 193.80 | MD Existing | | | | 193.80 | |
| 629 | EXPEDITE: | | | | | | | |
| 630 | Installation without visit | 226.35 | MD Existing | | | | 226.35 | |
| 631 | Installation with visit | 276.86 | MD Existing | | | | 276.86 | |
| 632 | | | | | | | | |

Comparison of VZ MD Interim UNE Rates with VZ NY Rates

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | **MD 271 RATE** | **MD 271 Rate Source** | **New York Rates** | **NY Rate Adjusted to MD Fixed Rate Structure (Note 3 )** | **NY Rate Adjusted to MD Cost Structure (Note 2)** | **Existing MD Rates  (Note 8 )** | **Notes** |
| 2 | **Column No.** | **1** | **2** | **3** | **4** | **5** | **6** | **8** |
| 633 | ANALOG/POTS FX, ISDN-BRI FX PLATFORM - Migration - Initial | | | | | | | |
| 634 | Service Order | 0.83 | MD Existing | no rates | | | 0.83 | |
| 635 | Installation without visit | 4.26 | MD Existing | | | | 4.26 | |
| 636 | Installation with visit | 4.26 | MD Existing | | | | 4.26 | |
| 637 | Manual Surcharge | 9.42 | MD Existing | | | | 9.42 | |
| 638 | EXPEDITE: | | | | | | | |
| 639 | Service Order | 1.23 | MD Existing | | | | 1.23 | |
| 640 | Installation without visit | 6.07 | MD Existing | | | | 6.07 | |
| 641 | Installation with visit | 6.07 | MD Existing | | | | 6.07 | |
| 642 | Manual Surcharge | 14.04 | MD Existing | | | | 14.04 | |
| 643 | | | | | | | | |
| 644 | ANALOG/POTS FX, ISDN-BRI FX PLATFORM - Migration - Addl | | | | | | | |
| 645 | Installation without visit | 4.09 | MD Existing | no rates | | | 4.09 | |
| 646 | Installation with visit | 4.09 | MD Existing | | | | 4.09 | |
| 647 | EXPEDITE: | | | | | | | |
| 648 | Installation without visit | 5.83 | MD Existing | | | | 5.83 | |
| 649 | Installation with visit | 5.83 | MD Existing | | | | 5.83 | |
| 650 | | | | | | | | |
| 651 | ISDN-PRI FX,               DS1 DID/DOD/PBX FX        PLATFORM - New - Initial | | | | | | | |
| 652 | Service Order | 52.62 | MD Existing | no rates | | | 52.62 | |
| 653 | Installation - w/o Visit - Initial | 410.03 | MD Existing | | | | 410.03 | |
| 654 | Installation w/Visit - Initial | 553.10 | MD Existing | | | | 553.10 | |
| 655 | Manual Surcharge | 6.62 | MD Existing | | | | 6.62 | |
| 656 | EXPEDITE: | | | | | | | |
| 657 | Service Order | 78.45 | MD Existing | | | | 78.45 | |
| 658 | Installation - w/o Visit - Initial | 589.46 | MD Existing | | | | 589.46 | |
| 659 | Installation w/Visit - Initial | 782.39 | MD Existing | | | | 782.39 | |
| 660 | Manual Surcharge | 9.87 | MD Existing | | | | 9.87 | |
| 661 | | | | | | | | |

Comparison of VZ MD Interim UNE Rates with VZ NY Rates

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | MD 271 RATE | MD 271 Rate Source | New York Rates | NY Rate Adjusted to MD Fixed Rate Structure (Note 3 ) | NY Rate Adjusted to MD Cost Structure (Note 2) | Existing MD Rates  (Note 8 ) | Notes |
| 2 | Column No. | 1 | 2 | 3 | 4 | 5 | 6 | 8 |
| 662 | ISDN-PRI FX, DS1 DID/DOD/PBX FX PLATFORM - New - Addl | | | | | | | |
| 663 | Installation without visit | 397.38 | MD Existing | no rates | | | 397.38 | |
| 664 | Installation with visit | 472.97 | MD Existing | | | | 472.97 | |
| 665 | EXPEDITE: | | | | | | | |
| 666 | Installation without visit | 571.06 | MD Existing | | | | 571.06 | |
| 667 | Installation with visit | 672.99 | MD Existing | | | | 672.99 | |
| 668 | | | | | | | | |
| 669 | ISDN-PRI FX, DS1 DID/DOD/PBX FX PLATFORM - Migration - Initial | | | | | | | |
| 670 | Service Order | 0.83 | MD Existing | no rates | | | 0.83 | |
| 671 | Installation without visit | 4.26 | MD Existing | | | | 4.26 | |
| 672 | Installation with visit | 4.26 | MD Existing | | | | 4.26 | |
| 673 | Manual Surcharge | | MD Existing | | | | 9.42 | |
| 674 | EXPEDITE: | | | | | | | |
| 675 | Service Order | 1.23 | MD Existing | | | | 1.23 | |
| 676 | Installation without visit | 6.07 | MD Existing | | | | 6.07 | |
| 677 | Installation with visit | 6.07 | MD Existing | | | | 6.07 | |
| 678 | Manual Surcharge | 14.04 | MD Existing | | | | 14.04 | |
| 679 | ISDN-PRI FX, DS1 DID/DOD/PBX FX PLATFORM - Migration - Addl | | | | | | | |
| 680 | Installation without visit | 4.09 | MD Existing | no rates | | | 4.09 | |
| 681 | Installation with visit | 4.09 | MD Existing | | | | 4.09 | |
| 682 | EXPEDITE: | | | | | | | |