IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MCI WORLDCOM NETWORK :
SERVICES, INC., *et al*., :
    Plaintiffs :
:
v. : Civil No. AMD 00-1518
:
VERIZON MARYLAND INC., :
*et al*., :
    Defendants :

...o0o...

O R D E R

In accordance with the foregoing Memorandum Opinion, it is this 18th day of December, 2003, ORDERED

(1)    The motions to dismiss are GRANTED;

(2)    This case is DISMISSED WITHOUT PREJUDICE;

(3)    The Clerk shall CLOSE THIS FILE.

                                           /s/
                                ANDRE M. DAVIS
                                United States District Judge